PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Exavier Collins      **Docket Number:** 08-768-01
     **PACTS Number:** 28844

**Name of Sentencing Judicial Officer:** The Honorable Faith S. Hochberg, U.S.D.J.

**Date of Original Sentence:** 11/02/2001

**Original Offense:** Count 1: Conspiracy to possess with the intent to distribute cocaine and cocaine base and knowingly. Count 2: Intentionally carrying a firearm during and in relation to a drug trafficking offense

**Original Sentence:** 84 months imprisonment; 4 years supervised release.

**Type of Supervision:** supervised release      **Date Supervision Commenced:** 03/23/2007

**Assistant U.S. Attorney:** Rodney Villazor, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** K. Anthony Thomas, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[X] To issue a summons

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**The defendant shall reside for a period of 6 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.**' |
| | On September 23, 2009, Collins' six month period of community confinement at the Toler House Community Sanction Center commenced. On March 3, 2010, Collins was discharged from that program due to his failure to follow the sanction center's rules and regulations. Information received from the sanction center indicates that Collins lost his job due to his poor attitude towards work, aggressive behavior and negative statements. In addition, while housed at the Toler House facility, Collins maintained a negative attitude, made veiled threats to staff members, and made attempts to insight other residents of the halfway house. According to the director of Toler House, Collins' negative attitude and behavior "jeopardize the safety and security of the residents, staff and facility." |

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: 03/22/2010

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[x] The Issuance of a Summons. Date of Hearing: 4/14/10 @ 11:00A.M.
[ ] No Action
[ ] Other

Signature of Judicial Officer

3/26/2010
Date